# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREG HENDRICKSON, *et al.,*

                Plaintiffs,     Case No. 2:11-cv-01927-PMP-PAL

vs.     **ORDER**

WELLS FARGO BANK, N.A., *et al,*

                Defendants.

This matter is before the court on Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed (Dkt. #1) to federal district court December 1, 2011. No Answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. Defendant Wells Fargo Bank, N.A. filed its Certificate as to Interested Parties (Dkt. #7) December 12, 2012. To date, Plaintiffs have failed to comply.

This matter is also before the court on Defendant Wells Fargo Bank, N.A.'s failure to file and serve a signed statement as required in Order (Dkt. #3) entered December 2, 2011, regarding removal of this case to federal district court. Accordingly,

**IT IS ORDERED** Plaintiffs shall file their Certificate as to Interested Parties, which fully

complies with LR 7.1-1 **no later than 4:00 p.m., January 12, 2012.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    **IT IS FURTHER ORDERED** counsel for Defendant Wells Fargo Bank N.A. shall, no later than **4:00 p.m., January 11, 2012**, file and serve a signed statement under the case and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.
2. The date(s) on which you were served with a copy of the summons.
3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.
4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.
5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.
6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

Dated this 289th day of December, 2011.

                                          _____
                                          Peggy A. Leen
                                          United States Magistrate Judge